THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEWIS WOLFE, Appellant.

Argued November 28, 1951; decided January 10, 1952.

*Lewis Wolfe,* in person, *Harry G. Anderson, Franklin Miller* and *Rudolph Stand* for appellant.

*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FROESSEL, JJ. Taking no part: CONWAY and FULD, JJ.